**Order filed April 12, 2022**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-21-00529-CR**
**NO.  14-21-00530-CR**

_____

### EX PARTE AMY AMANDA REGALADO

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 21-DCR-096266 & 21-DCR-096265**

## ORDER

In each of these cases, appellant is appealing the denial of an application for a writ of habeas corpus. On September 28, 2021, the trial court clerk filed the clerk's record in each of these cases. The records do not contain a certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). **An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record.** Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d at 613. Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure instructs

the trial court to enter a certificate of the defendant's right of appeal each time it enters a judgment of guilt *or other appealable order*. Tex. R. App. P. 25.2(a)(2) (emphasis added). This includes the entry of an order on a defendant's application for writ of habeas corpus. *See Ex parte Vazquez*, No. 3-19-00885-CR, 2019 WL 6972681 (Tex. App.—Austin Dec. 20, 2019, no pet.) (order).

**On November 2, 2021**, we ordered the trial court to execute a certification of appellant's right to appeal and direct the trial court clerk to prepare and file a supplemental clerk's record containing the certification with this court on or before **December 2, 2021**. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Vazquez*, 2019 WL 6972681 at *1. Two notices have been delivered informing the trial court the requested records have not been filed with the clerk of this court. As of this date, no records have not been received.

Accordingly, for each case we order the trial court to execute a certification of appellant's right to appeal and direct the trial court clerk to prepare and file a supplemental clerk's record containing the certification with this court on or before **May 12, 2022**. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Vazquez*, 2019 WL 6972681 at *1.

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.